1

```
                 IN THE UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION


STEPHANIE WATSON, et al.,         ) Docket No. 17 C 2243
                                  )
            Plaintiffs,           )
                                  )
       vs.                        )
                                  )
MICROSOFT CORPORATION,            ) Chicago, Illinois
                                  ) May 3, 2017
            Defendant.            ) 1:08 o'clock p.m.


         TRANSCRIPT OF PROCEEDINGS - STATUS & MOTION
             BEFORE THE HONORABLE AMY J. ST. EVE


APPEARANCES:


For the Plaintiffs:       EDELMAN, COMBS, LATTURNER
                             & GOODWIN, LLC
                          BY:  MS. TARA L. GOODWIN
                          20 South Clark Street, Suite 1500
                          Chicago, Illinois  60603



For the Defendant:        SIDLEY AUSTIN, LLP
                          BY:  MR. RICHARD F. O'MALLEY
                               MR. BENJAMIN I. FRIEDMAN
                          One South Dearborn Street
                          Chicago, Illinois  60603


Court Reporter:           MR. JOSEPH RICKHOFF
                          Official Court Reporter
                          219 S. Dearborn St., Suite 1232
                          Chicago, Illinois  60604
                          (312) 435-5562


             *  *  *  *  *  *  *  *  *  *  *  *  *  *

                    PROCEEDINGS RECORDED BY
                     MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED BY COMPUTER
```

```
 1              THE CLERK:  17 C 2243, Watson vs. Microsoft.
 2              MR. O'MALLEY:  Good afternoon, your Honor, Richard
 3   O'Malley on behalf of Microsoft Corporation.
 4              MR. FRIEDMAN:  Ben Friedman also on behalf of
 5   Microsoft Corporation.
 6              MS. GOODWIN:  Tara Goodwin for the plaintiffs.
 7              THE COURT:  You are here for status, as well as on
 8   defendant's motion to compel arbitration.
 9              MS. GOODWIN:  Yes.
10              THE COURT:  Have you seen the motion, Ms. Goodwin?
11              MS. GOODWIN:  Yes, I've seen the motion.
12              THE COURT:  Do you oppose it?
13              MS. GOODWIN:  Yes.
14         We'd like the opportunity to take discovery on the
15   motion.
16              THE COURT:  What discovery would you need on this?
17   Usually, it is a legal argument, not a discovery issue.  So, I
18   do not know --
19              MS. GOODWIN:  Well, there's some questions here about
20   whether they really did get these screens that Microsoft says
21   they got and then whether you really could decline it and
22   still be able to use your computer at that point.  That's sort
23   of the main thing we'd be getting at, I think.
24              MR. O'MALLEY:  Our position is there's no need for
25   discovery on this motion.  It can be decided on the papers,
```

1  your Honor.
2          THE COURT: I am not sure I see a need for discovery.
3          But I am going to give you a date to respond to this
4  and, then, give you a very short deadline if you want to file
5  a motion requesting very specific, targeted discovery so I
6  have a sense of what it is.
7          I will enter the motion to compel, and the response
8  is due in three weeks.
9          THE CLERK: May 24th.
10         THE COURT: And, then, a reply two weeks later.
11         THE CLERK: June 7th.
12         THE COURT: If you wish to file a motion for
13 discovery, again, it must be very targeted and identifying
14 exactly what it is you want. First, I am going to ask you to
15 talk to Mr. O'Malley and see if you can reach agreement, if
16 there is some small subset. See if you can reach agreement.
17         Otherwise, you should file your motion by Monday, the
18 8th; and, then, a response on the 10th; and, I will rule on it
19 quickly.
20         Otherwise, I do not need to see you until I am ready
21 to rule.
22         THE CLERK: August 9th at 8:30.
23         THE COURT: Does that work okay with summer
24 vacations?
25         MR. O'MALLEY: I think I'm out that week, your Honor.

| | |
|---|---|
| 1 | THE COURT: You think you are out? Okay. We can |
| 2 | move it to the next week. |
| 3 | THE CLERK: August 15th at 8:30. |
| 4 | MR. O'MALLEY: Thank you, your Honor. |
| 5 | THE COURT: Anything else this afternoon? |
| 6 | MS. GOODWIN: No, I don't think so. |
| 7 | MR. O'MALLEY: No, your Honor. |
| 8 | THE COURT: Thank you. |
| 9 | MR. O'MALLEY: Thank you. |
| 10 | * * * * * |
| 11 | |
| 12 | I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter. |
| 13 | |
| 14 | |
| 15 | /s/ Joseph Rickhoff          May 10, 2017<br>Official Court Reporter |