## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Robert Saiger, et al.
                          Plaintiff,

v.                                       Case No.: 1:17−cv−02243
                                                       Honorable Amy J. St. Eve

Microsoft Corporation
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 6, 2017:

      MINUTE entry before the Honorable Amy J. St. Eve: Plaintiffs' motion to extend the reinstatement date [40][42] is granted. The dismissal of this case, without prejudice, with leave to reinstate is extended to 11/24/17. During this time, the Court shall retain jurisdiction over the case and jurisdiction to enforce the settlement. After 11/24/17, said dismissal will automatically convert to a dismissal with prejudice. No appearance is required on the 11/20/17 notice motion date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.